Writ of Error to a Judgment of the Circuit Court for Hillsborough County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

M. G. Gibbons and W. A. O'Neill, for Plaintiff in Error;

Macfarlane & Chancey, for Defendant in Error.

---

W. B. Hicks, Plaintiff in Error, v. Uriah Chavers, Jr., *et al.,* Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Santa Rosa County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

McGeachy & Lewis, for Plaintiff in Error;

Clark & Magaha, for Defendant in Error.

---

J. D. Bell, Joe B. Robinson and Paul B. Bigger, Petitioners, v. S. S. Coachman, *et al.,* Respondents.

Original Proceeding. Petition for Contempt Rule.

Petition for Rule denied by the Court.

H. S. Phillips and Roy V. Sellers, for Petitioners.

---

W. K. Zewadski, Jr., Plaintiff in Error, v. Ludden & Bates, Southern Music House, *et al.,* Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Hillsborough County.